THOMPSON & KNIGHT LLP
J. Thomas Gilbert (CA Bar No. 183362)
thom.gilbert@tklaw.com
10100 Santa Monica Blvd., Suite 950
Los Angeles, CA 90067
Tel: (310) 203-6900
Fax: (310) 203-6980

Attorneys for *REVOLON MONTEREY ENERGY LLC, LARRY MOYER, PETRAWEST LTD.* and *GERALD T. RAYDON*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| REVOLON MONTEREY ENERGY LLC, *et al*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PEAK OPERATOR, LLC, *et al*,<br><br>　　　　Defendants,<br><br>And<br><br>HBH FARM, LLC,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>REVOLON MONTEREY ENERGY LLC, *et al*,<br><br>　　　　Counterdefendants. | CIVIL CASE NO.: CV13-07048-PSG (MRWX)<br><br>**DISCLAIMER OF INTEREST BY NORTHSTAR ENERGY LTD.** |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

　　COMES NOW Counterdefendant Gerald T. Raydon ("Raydon"), as President/Manager of Northstar Energy Ltd. ("Northstar"), now dissolved, by and through counsel of record, and files this Disclaimer of Interest, and in support thereof respectfully state as follows:

1
**DISCLAIMER OF INTEREST**

Northstar was organized as a Nevada limited liability company on March 12, 2004, and was dissolved on February 12, 2014. On behalf of Northstar, Raydon disclaims that Northstar has any existing interests in the minerals and oil, gas, asphaltum and other hydrocarbon substances that are the subject of this lawsuit (the "Slough Minerals"). Northstar's interests in the Slough Minerals were assigned to Plaintiff Revolon Monterey Energy LLC effective September 21, 2013.

WHEREFORE, Northstar should be dismissed from these proceedings and HBH should take nothing and recover no costs against Northstar by virtue of its Counterclaim.

Respectfully Submitted,

Dated:  September 3, 2014            THOMPSON & KNIGHT LLP


By:  /s/ *J. Thomas Gilbert*
     J. THOMAS GILBERT
     Attorneys for Gerald T. Raydon,
     President/Manager of Northstar
     Energy, Ltd., now dissolved

**DISCLAIMER OF INTEREST**