UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV13-7048 PSG (MRWx) | Date | September 19, 2014 |
|---|---|---|---|
| Title | Revolon Monterey Energy LLC v. Peak Operator, LLC, *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order re: Mediation

The Court orders the parties to participate in mediation with the ADR Program Administrator Gail Killefer. Ms. Killefer may be reached at 213-894-1215 or Gail_Killefer@cacd.uscourts.gov.

At the mediation, the principals are ordered to appear in person.

cc: Gail Killefer, ADR Program Administrator