E-FILED 9/24/14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

PLAINTIFF(S)

v.

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

DEFENDANT(S).

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

_____ / _____ / PARTIAL SUMMARY JUDGMENT
*Date Filed*    *Doc. No.*    *Title of Document*

_____ / _____ / _____
*Date Filed*    *Doc. No.*    *Title of Document*

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Other:

Dated: 9/24/14          By: PHILIP S. GUTIERREZ
                           U.S. District Judge / ~~U.S. Magistrate Judge~~

*cc: Assigned District and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)          ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)